UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GERALD VONTOBEL,

    Petitioner,

vs.

JAMES BENEDETTI, et al.,

    Respondents.

3:10-cv-0073-LRH-(VPC)

### ORDER APPROVING MOTION FOR DISCOVERY

This ORDER, concerning approval of discovery requested by petitioner and agreed to by respondents', is based upon the following recitals and all pleadings and papers on file herein:

WHEREAS, on December 2, 2010, petitioner Gerald Vontobel filed his "Motion for Leave to Conduct Discovery (Rule 6(a) of the Rules Governing 2254 Cases)" (CR 16); and

WHEREAS, the parties stipulate and agree that there is "good cause" for the discovery requested and jointly request that it be granted;

NOW, THEREFORE, IT IS HEREBY ADJUDGED, ORDERED AND DECREED that:

1. Petitioner, acting through counsel, is hereby granted leave to serve the following subpoenas:

    (1) Subpoena directed to the Family Division, 8th Judicial District Court, Family Courts and Services Center, 601 North Pecos Road, Las Vegas, NV 89101, for: all transcripts and videotapes memorializing hearings held in <u>In Re Hoffman, et al</u>., Case No. J082144, (Dept. D) on the following dates: March 29, 2002; April 10, 2002; April 29, 2002; September 4, 2003; March 24, 2004; March 23, 2005; and September 21, 2009.

/ / /

/ / /

/ / /

(2) Subpoena directed to the Las Vegas Housing Authority, 340 North 11th Street, Las Vegas, NV 89101-3125, for: any and all documents evidencing or related to Shannon Schumacher; her children, Jessica Hoffman, Nikole Schumacher and Austin Schumacher; and/or Gerald Vontobel residing in at the Emerald Estates and Summerhill Apartments in Las Vegas, Nevada, on or about 1999-2002.

DATED this 15th day of January, 2011.

_____
LARRY R. HICKS
United States District Judge

Approved as to form:

_____  1/5/11
PAUL G. TURNER           Date
Assistant Federal Public Defender
Counsel for Petitioner

_____  1-5-11
VICTOR-HUGO SCHULZE, II   Date
Senior Deputy Attorney General
Counsel for Respondents