# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GERALD E. VONTOBEL,

    Petitioner,

vs.

JAMES BENEDETTI, et al.,

    Respondents.

Case No. 3:10-CV-00073-LRH-(VPC)

**ORDER**

    Petitioner has filed a first amended petition for writ of habeas corpus (#23). The court has reviewed it pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. Respondents will need to respond to it.

    IT IS THEREFORE ORDERED that respondents shall have forty-five (45) days from the date of entry of this order to answer or otherwise respond to the first amended petition (#23). If respondents file and serve an answer, then they shall comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, and then petitioner shall have forty-five (45) days from the date on which the answer is served to file a reply.

    DATED this 31st day of May, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE