# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GERALD E. VONTOBEL,

    Petitioner,

vs.

JAMES BENEDETTI, et al.,

    Respondents.

Case No. 3:10-CV-00073-LRH-(VPC)

**ORDER**

    Before the court is petitioner's motion to order pleading timely filed (#40). The court's order (#38) of October 12, 2011, contained a typographical error. It should have stated that petitioner had through October 13, 2011, to file and serve a response to the motion to dismiss (#30). Good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's motion to order pleading timely filed (#40) is **GRANTED**.

    DATED this 31st day of October, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE