# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GERALD E. VONTOBEL,

    Petitioner,

vs.

JAMES BENEDETTI, et al.,

    Respondents.

Case No. 3:10-CV-00073-LRH-(VPC)

**ORDER**

    The court determined that grounds 2, 3, and 6 of the first amended petition (#23) were not exhausted. Order (#42). Petitioner has filed a motion for issuance of stay and abeyance order (#45). Respondents have not filed a response to the motion. To stay this action, petitioner must show that he has "good cause for his failure to exhaust, his unexhausted claims are potentially meritorious, and there is no indication that the petitioner engaged in intentionally dilatory litigation tactics." Rhines v. Weber, 544 U.S. 269, 278 (2005).

    The court found that ground 2 was unexhausted because petitioner did not allege any facts in support of his corresponding state-court petition. The court found that grounds 3 and 6 were unexhausted because petitioner did not inform the Nevada Supreme Court on direct appeal that these grounds were issues of federal law. Petitioner has demonstrated good cause to excuse the failure to exhaust these grounds in state court, and the grounds have potential merit.

    IT IS THEREFORE ORDERED that petitioner's motion for issuance of stay and abeyance order (#45) is **GRANTED**.

-2-

1   IT IS FURTHER ORDERED that this action is **STAYED** pending exhaustion of the
2 unexhausted claims.  Petitioner shall return to this court with a motion to reopen within sixty (60)
3 days of issuance of the remittitur by the Nevada Supreme Court at the conclusion of the state court
4 proceedings.  Further, petitioner or respondents otherwise may move to reopen the matter and seek
5 any relief appropriate under the circumstances.
6   IT FURTHER IS ORDERED that the clerk of court shall administratively close this action
7 until such time as the court grants a motion to reopen the matter.
8   DATED this 4th day of April, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE