# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GERALD E. VONTOBEL,

    Petitioner,

vs.

JAMES BENEDETTI, et al.,

    Respondents.

Case No. 3:10-cv-00073-LRH-VPC

**ORDER**

    The court stayed this action while petitioner returned to state court to pursue post-conviction relief. Those proceedings have concluded, and petitioner has filed a motion to reopen (#51). Good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's motion to reopen case (#51) is **GRANTED**. This action is **REINSTATED**.

    IT IS FURTHER ORDERED that respondents shall have forty-five (45) days from the date on which this order is entered to answer or otherwise respond to the first amended petition (#23). If respondents file and serve an answer, then they shall comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, and then petitioner shall have forty-five (45) days from the date on which the answer is served to file a reply.

    IT IS FURTHER ORDERED that the exhibits filed in the court's docket at #52 shall be considered as additional exhibits to the first amended petition (#23).

///

///

IT IS FURTHER ORDERED that, from this date forward, the hard copy of any exhibits shall be forwarded—for this case—to the staff attorneys in Las Vegas.

DATED this 6th day of January, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE